**Order entered October 4, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00562-CV

### SILVER STAR TITLE, L.L.C., D/B/A SENDERA TITLE, Appellant

### V.

### MARQUIS WESTLAKE DEVELOPMENT, INC., ET AL., Appellees

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-11010**

## ORDER

Before the Court is appellees' October 1, 2019 unopposed second motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **October 24, 2019**.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE